479 A.2d 1142

Commonwealth v. Doss, Appellant.

Submitted February 3, 1984. Robert F. Pappano, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.

479 A.2d 1142

Commonwealth v. Dorsey, Appellant.

Petition for Allowance of Appeal
Denied Nov. 20, 1984.

Submitted May 4, 1984. James F. Metka, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.